# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

CHAMBERS OF
ROBERT F. KELLY
JUDGE

11613 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
PHILADELPHIA, PENNSYLVANIA 19106
215-597-0736

April 15, 2004

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, DC  20544

ATTN: Mary M. Lisi, Chair

IN RE: Calendar Year 2003 Filing

Dear Judge Lisi:

Enclosed please find three copies of an amended Part VII, page 1 with line 14 showing Vanguard Prime Cap Fund as still being owned by me.  Apparently this was left off because of a problem we were having with the software.

Very truly yours,

Robert F. Kelly
Senior Judge

RFK:mcm
Enclosures

| Name of Person Reporting | Date of Report |
|---|---|
| KELLY, ROBERT F | 3/19/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wachovia Bank (formerly First Union Bank) Savings Account | A | Interest | K | T | | | | | |
| 2. Wachovia Bank (formerly First Union Bank) Savings Account | A | Interest | J | T | | | | | |
| 3. Vanguard Tax Free PA Muni Money Market Fund | A | Dividend | K | T | | | | | |
| 4. Freeport McMoRan Copper & Gold Common Stock, Class B | A | Dividend | K | T | | | | | |
| 5. McDonald's Corp. Common Stock | A | Dividend | K | T | | | | | |
| 6. U.S. Series EE Bonds | A | Interest | J | W | | | | | |
| 7. IRA Vanguard Star Fund | B | Dividend | L | T | | | | | |
| 8. Vanguard PA LT Ins. Tax Free Fund | A | Dividend | K | T | | | | | |
| 9. Vanguard International Growth Fund | A | Dividend | J | T | | | | | |
| 10. Vanguard Treasury Money Market Fund | A | Dividend | J | T | | | | | |
| 11. Vanguard GNMA Fund | A | Dividend | J | T | | | | | |
| 12. Vanguard Hi-Yld. Corp. Bond Fund | A | Dividend | J | T | | | | | |
| 13. Vanguard Index 500 Fund | A | Dividend | J | T | | | | | |
| 14. Vanguard Prime Cap Fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| AO-10<br>Rev. 1/2004 | | | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>KELLY, ROBERT F | 2. Court or Organization<br><br>U.S. DIST. CT. for E.D. PA | 3. Date of Report<br><br>3/19/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>ARTICLE III JUDGE (Senior) | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ⦿ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAR 29 11 53 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. ANNUAL | STATE OF PENNSYLVANIA--Pension Annuity | $18,222.60 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. ANNUAL | CRAWFORD, WILSON & RYAN, LLC (Law firm) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLY, ROBERT F | 3/19/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. | | | | | | | | | |
| 2. First Union Bank Savings Acct. | A | Interest | J | T | | | | | |
| 3. First Union Bank Savings Acct. | A | Interest | K | T | | | | | |
| 4. Vanguard Tax Free PA Money Market Fund | A | Dividend | K | T | Buy | Var. | J | | Reinvested Dividends |
| 5. Freeport McMoRan Copper & Gold Common Stock | A | Dividend | L | T | | | | | |
| 6. McDonald's Corp. Common Stock | A | Dividend | K | T | | | | | |
| 7. U.S. Series EE Savings Bonds | A | Interest | J | V | | | | | |
| 8. IRA – Vanguard Star Fund | B | Dividend | L | T | Buy | Var. | J | | Reinvested Dividends |
| 9. Vanguard PA LT Ins. Tax Free Fund | B | Dividend | K | T | Buy | Var. | J | | Reinvested Dividends |
| 10. Vanguard International Growth Fund | A | Dividend | J | T | Buy | 12/12 | J | | Reinvested Dividend |
| 11. Vanguard Treasury Money Market Fund | A | Dividend | J | T | Buy | Var. | J | | Reinvested Dividends |
| 12. Vanguard GNMA Fund | A | Dividend | J | T | Buy | Var. | J | | Reinvested Dividends |
| 13. Vanguard Hi-Yld. Corp. Bond Fund | A | Dividend | J | T | Buy | Var. | J | | Reinvested Dividends |
| 14. Vanguard Index 500 Fund | A | Dividend | J | T | Buy | Var. | J | | Reinvested Dividends |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KELLY, ROBERT F | 3/19/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date *March 19, 2004*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544